

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00512-CV

**MR. W FIREWORKS, INC.**,
Appellant

v.

**CONCHO ACQUISITION PARTNERS, LLC**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-03698
Honorable Tina Torres, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, we REVERSE the trial court's summary judgment in favor of appellee Concho Acquisition Partners, LLC, RENDER judgment the right of first refusal provision is enforceable, and REMAND the issue of attorney's fees for further proceedings. In all other respects, the trial court's judgment is AFFIRMED.

We order appellant, Mr. W Fireworks, Inc., to recover its costs of this appeal from appellee, Concho Acquisition Partners, LLC.

SIGNED March 22, 2023.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice